IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | No. 3:18-CR-57 (CAR) |
| **CECIL WAMPLER,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON MOTION TO REDUCE SENTENCE

Before the Court is Defendant Cecil Wampler's *pro se* Motion to Reduce Sentence [Doc. 198]. As explained below, this Court is without authority to grant the relief Defendant requests, and therefore the Motion must be **DENIED**.

On August 12, 2019, this Court sentenced Defendant to 100 months imprisonment to be served consecutively to any term of imprisonment imposed in his State cases, followed by three years of supervised release, after Defendant pled guilty to one count of possession of a firearm by a convicted felon. The Court subsequently denied his two motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A).[1]

---

[1] Docs. 150 & 184.

1

Now, Defendant requests that this Court reduce the length of his sentence based on his "clear conduct," completion of a GED, completion of 70% of his sentence, and "COVID conditions" of prison. "The authority of a district court to modify an imprisonment sentence is narrowly limited by statute," and a court may modify a sentence only in the limited circumstances set forth at 18 U.S.C. § 3582 or in Rule 35 of the Federal Rules of Criminal Procedure.[2] Section 3582 permits a court to modify a sentence in the following circumstances:

(1) Pursuant to 18 U.S.C. § 3582(b)(2), a sentence may be corrected pursuant to the provisions of Rule 35 of the Federal Rules of Criminal Procedure or 18 U.S.C. § 3742.

(2) Pursuant to 18 U.S.C. § 3582(b)(3), a sentence may be appealed and modified, if outside the guideline range, pursuant to 18 U.S.C. § 3742.

(3) Pursuant to 18 U.S.C. § 3582(c)(1)(A), a court may modify a sentence if "extraordinary and compelling reasons warrant such a reduction," or in certain cases involving defendants over 70 years of age.

---

[2] *United States v. Phillips*, 597 F.3d 1190, 1194-95 (11th Cir. 2010).

(4) Pursuant to 18 U.S.C. § 3582(c)(1)(B), a court may modify a sentence as "expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure."

(5) Pursuant to 18 U.S.C. § 3582(c)(2), a court may modify a sentence if the relevant guidelines have subsequently been lowered by the United States Sentencing Commission.

Defendant has not shown that any of the circumstances set out in section 3582 apply in this case. Defendant has not shown his sentence is subject to amendment under Rule 35; he has not shown "extraordinary and compelling reasons" to warrant a reduction; and the Sentencing Commission has not altered the sentencing guidelines relevant to this offense since Defendant's sentencing. Thus, the Court has no authority to modify Defendant's sentence.

While the Court commends Defendant on his "clear conduct" and completion of a GED, his Motion to Reduce Sentence [Doc. 198] must be **DENIED**.

**SO ORDERED,** this 23rd day of May, 2023.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT