IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **CECIL WAMPLER,** | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | Criminal No. 3:18-cr-00057-CAR-CHW |
| | : | Civil No.: 3:25-cv-00057-CAR-CHW |
| **UNITED STATES OF AMERICA,** | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| | : | |

# ORDER

Movant Cecil Wampler filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, in the Western District of Pennsylvania. (3:25-cv-57-CAR-CHW, Doc. 4). The Western District of Pennsylvania determined that the petition was best construed as a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255, and transferred the petition to this Court as the sentencing court. (3:25-cv-57-CAR-CHW, Docs. 15, 16). The Court agreed that the petition, as filed, was properly construed as a Section 2255 motion, directed the Clerk of Court to file a copy of the petition in Movant's criminal case, and ordered Movant to recast his petition on the standard Section 2255 form. (Doc. 209). Movant's copy of that order was returned to the Clerk of Court. *See* (3:25-cv-57-CAR-CHW, Doc. 20).

A search of the Bureau of Prisons online inmate search tool shows that Movant has been transferred to Nashville RRM in Nashville, Tennessee.[1] Out of an abundance of caution, because Movant may not have known about the transfer and thus the need to update his address with this Court, the Clerk of Court is **DIRECTED** to update Movant's contact information and resend the order to recast (Doc. 209) and a standard Section 2255 form to Movant to the updated address.

---

[1] https://www.bop.gov/inmateloc/ (Search terms as Movant's first and last name) (last accessed May 12, 2025).

1

Going forward, Movant is **ADVISED** of his responsibility to keep the Clerk of Court advised of his current address.

**SO ORDERED**, this 13th day of May, 2025.

                                              s/ Charles H. Weigle
                                              Charles H. Weigle
                                              United States Magistrate Judge