**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION**

| | | |
|---|---|---|
| **CECIL WAMPLER,** | : | |
| | : | |
| **Movant,** | : | |
| | : | **Case No. 3:18-CR-57-CAR-CHW-1** |
| **v.** | : | **Case No. 3:25-cv-61-CAR-CHW** |
| | : | **Proceeding Under 28 U.S.C. § 2255** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

**ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation to dismiss as untimely Movant Cecil Wampler's Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255 because his motion is barred by the statute of limitations. Movant has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Report and Recommendation [Doc. 212] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** as untimely Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 [Doc. 208] because it is barred by the statute of limitations. Additionally, because Movant has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

**SO ORDERED** this 5th day of November, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT