IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| CECIL WAMPLER, | * | |
| Petitioner, | * | |
| v. | | Case No. 3:18-CR-00057-CAR-CHW-1 |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 5th day of November, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk